COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER WITHDRAWING MEDIATION ORDER

Appellate case name:      Yigal  Bosch v. Frost National Bank

Appellate case number:    01-13-00190-CV

Date motion filed:        March 21, 2013

Type of Motion:           Objection to Mediation

Party filing motion:      Appellee

Trial court case number:  2009-63337

Trial court:              133rd District Court of Harris County

It is **ORDERED** that Appellee's objection to mediation is granted.  We withdraw our Mediation Order dated March 20, 2013.

Judge's signature:  /s/ Harvey Brown
                    X  Acting individually

Date:  March 25, 2013[i]

---

[i]     Absent emergency or a statement that the motion is unopposed, must wait ten days before acting on motion except for motion to extend time to file a brief.  *See* Tex. R. App. P. 10.3(a).

**Note**:   Single justice may grant or deny any request for relief properly sought by motion, except in a civil case a single justice should not: (1) act on a petition for an extraordinary writ or (2) dismiss or otherwise determine an appeal or a motion for rehearing.  Tex. R. App. P. 10.4(a).